**IN THE UNITED STATES OF DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

**Date: January 11, 2008**

Courtroom Deputy: Ginny Kramer
Court Reporter:   Suzanne Claar
Probation Officer: Keith Williams

---

**Criminal Case No.  07-cr-00319-REB**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Robert Mydans |
| v. | |
| WARREN HENRY MEE,<br>        Defendant. | Marc J. Victor |

---

**SENTENCING MINUTES**

---

**2:30 p.m.     Court in session.**

The Defendant is present in Court (on bond).

Court's opening remarks..

Pursuant to 18 U.S.C. § 3352 and F.R.Cr.P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addendum.

Counsel for the defendant informs the Court that she has read and discussed the presentence report with the defendant.

Defendant's counsel made a statement on behalf of the defendant, offered information in mitigation of his  punishment and commented on the probation officer's determinations and other matters affecting sentence.

**2:55 p.m.     Court in recess.**
**3:00 p.m.     Court in session.**

The Defendant is sworn.

Statement to the court by the defendant.

Statement to the court by, Mr. Mydans, for the government.

The Court has considered all relevant matters of fact and law, including the following:

1. The nature and circumstances of the offense for which the defendant is being sentenced.
2. The history and characteristics of the offender.
3. The authorized sentences under 18 U.S.C. § 3551.
4. The presentence report and addendum.
5. The advisory sentence guidelines.
6. The factors to be considered in imposing sentence pursuant to 18 U.S.C. § 3553(a)(2).
7. The position of the government, the defendant, and the probation department.

The Court enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

**It was ordered as follows:**

1. That the plea agreement of the parties as stipulated in Court's Exhibits 1 and 2 is formally approved.

2. That the Government's Motion for Downward Departure Pursuant to 5K1.1 *For Substantial Assistance* [#13] filed January 7, 2008, is **granted.**

3. That judgment of conviction under Fed.R.Crim.P 32(k) is entered on Count One of the Information.

4. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **six (6) months**.

5. That on release from imprisonment, the defendant shall be placed on supervised release for a term of **three (3) years**; provided furthermore, that within 72 hours of his release from imprisonment and the custody of the Bureau of Prisons, the defendant shall report in person to the probation department within the district to which he is released.

6. That while on supervised release, the defendant shall comply with all

mandatory conditions of supervised release, prescribed by law at 18 U.S.C. §3583(d) and USSG §5D1.3(a).

7. That while on supervised release, the defendant shall comply with all standard conditions of supervised release in effect throughout this district as imposed by the court.

8. That while on supervised release, the defendant shall comply with the following explicit or special conditions of supervised release:

    • that the defendant shall not violate any federal, state, or municipal statute, regulation, or ordinance in any jurisdiction or place where he may be during the term of his supervised release;

    • that the defendant shall not possess or use illegally any controlled substances;

    • that the defendant shall not possess or use any firearm or destructive device as defined under federal law at 18 U.S.C. § 921;

    • that the defendant shall cooperate in the collection of a sample of his DNA;

    • that the defendant shall make and pay restitution as ordered and required by the court.

9. That no fine is imposed.

10. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00.

11. That the defendant shall pay restitution in the amount of $237,302.00 in care of the Clerk of Court, in installments of not less that $500.00 per month during the term of supervised release as directed by the defendant's probation officer; provided furthermore, that interest on restitution is waived.

12. That the mandatory drug-testing provisions of 18 U.S.C. § 3583(d) are waived.

13. That presentence confinement shall be determined by the Bureau of Prisons under 18 U.S.C. § 3585.

14. That the Court recommends that the Bureau of Prisons place the defendant in a facility which will facilitate continued contact, visitation, ad parenting time among the defendant, his wife, his children and family.

15. That the Defendant shall voluntarily surrender and report to the institution hereinafter designated by the Bureau of Prisons and ordered by this court **before noon on February 11, 2008.**

The Defendant waives formal advisement of appeal.

**3:43 p.m.     Court in recess.**

*Total in court time: 1 hour and 8 minutes - Hearing conclude*d